**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEBORAH F. SIRIAS, SB# 102893
   E-Mail: sirias@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), ROBERT M. KATTER, and R.S. TECHNICAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| SUBCAM, INC., a Florida corporation; JAMES W. RAULSTON, an individual; and ROBERT C. SOLTYSIK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COBRA TECHNOLOGIES CORP., a Georgia corporation; COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation; PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), an unknown entity; ROBERT M. KATTER, an individual; and R.S. TECHNICAL SERVICES, INC., a California corporation, and DOES 1-25,<br><br>Defendants. | CASE NO. C06-04257 CRB<br><br>The Hon. Charles R. Breyer<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD<br><br>ACTION FILED:   July 11, 2006<br>TRIAL DATE:    None |

## ORDER

The parties herein, by and through their respective attorneys of record, having stipulated to an extension of time for Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), ROBERT M. KATTER, and R.S. TECHNICAL SERVICES, INC. to answer or otherwise plead to the Complaint herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the answer or other pleading by Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), ROBERT M. KATTER, and R.S. TECHNICAL SERVICES, INC. responsive to Plaintiff's Complaint on file herein shall be served and filed no later than October 18, 2006.

IT IS SO ORDERED.

Dated: September 22, 2006

By: 
CHARLES R. BREYER
Judge of the United States District Court

LEWIS BRISBOIS BISGAARD & SMITH LLP
221 NORTH FIGUEROA STREET, SUITE 1200
LOS ANGELES, CALIFORNIA 90012-2601
TELEPHONE (213) 250-1800