John V. Picone III (SBN 187226/picone@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
COBRA TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUBCAM, INC., a Florida corporation; JAMES W. RAULSTON, an individual,; and ROBERT C. SOLTYSIK, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>COBRA TECHNOLOGIES CORP., a Georgia corporation; COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation; PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), an unknown entity; ROBERT M. KATTER, an individual; and R.S. TECHNICAL SERVICES, INC. a California corporation,<br><br>    Defendants. | C06-04257-CRB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT COBRA TECHNOLOGIES CORPORATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT; [PROPOSED] ORDER** |

IT APPEARING THAT Defendant COBRA TECHNOLOGIES CORPORATION ("COBRA") was served with the Summons and Complaint in this matter on or about September 1, 2006;

AND IT FURTHER APPEARING THAT Plaintiffs and COBRA agree and consent to extend the deadline by which COBRA may answer or otherwise respond to Plaintiffs' Complaint;

1   IT IS HEREBY STIPULATED THAT, pursuant to Civil L.R. 6-1(a), the date by which
2   COBRA may answer or otherwise respond to Plaintiffs' Complaint is hereby extended through
3   and including October 20, 2006.

4   Dated:  September 20, 2006                    Law Offices of Henry Harmeling IV, APC

5

6                                                 By:  \s\ Henry Harmeling IV
7                                                      Henry Harmeling IV

8                                                 Attorney for Plaintiffs

9   Pursuant to General Order 45, Section X(B) regarding signatures, I attest under penalty of
10  perjury that concurrence in the filing of this document has been obtained from Henry
11  Harmeling IV.

12  Dated:  September 20, 2006                    FISH & RICHARDSON P.C.

13

14                                                By:  \s\ John V. Picone III
15                                                     John V. Picone III

16                                                Attorneys for Defendant
                                                  COBRA TECHNOLOGIES CORPORATION
17

18

19  Dated:  September 20, 2006                    FISH & RICHARDSON P.C.

20

21                                                By:  \s\ John V. Picone III
22                                                     John V. Picone III

23                                                Attorneys for Defendant
                                                  COBRA TECHNOLOGIES CORPORATION

24

25

26

27

28

STIPULATION EXTENDING TIME FOR DEFENDANT COBRA
TECHNOLOGIES CORPORATION TO ANSWER; ORDER
C06-04257-CRB

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _September 22_ , 2006



_____
Hon. Charles R. Breyer
Judge, United States District Court

50372943.doc

3

STIPULATION EXTENDING TIME FOR DEFENDANT COBRA
TECHNOLOGIES CORPORATION TO ANSWER; ORDER
C06-04257-CRB1