John M. Farrell (SBN 99649/jfarrell@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
COBRA TECHNOLOGIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUBCAM, INC., a Florida corporation; JAMES W. RAULSTON, an individual,; and ROBERT C. SOLTYSIK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COBRA TECHNOLOGIES CORP., a Georgia corporation; COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation; PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), an unknown entity; ROBERT M. KATTER, an individual; and R.S. TECHNICAL SERVICES, INC. a California corporation,<br><br>Defendants. | C06-04257-CRB<br><br>**STIPULATION TO EXTEND LITIGATION DEADLINE PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12;** ~~[PROPOSED] ORDER~~ |

WHEREFORE, Plaintiffs SUBCAM, INC., JAMES W. RAULSTON and ROBERT C. SOLTYSIK ("Plaintiffs") filed their Complaint on July 11, 2006. Defendant COBRA TECHNOLOGIES CORPORATION ("COBRA") was served with Summons and Complaint in this matter on or about September 1, 2006. Pursuant to Stipulation and Order, COBRA was granted an extension of time to respond to the Complaint. Barring further extensions of time, COBRA will respond to the Complaint on October 20, 2006.

1  WHEREFORE, Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT
2  (POSM), ROBERT M. KATTER and R.S. TECHNICAL SERVICES, INC. (the "POSM
3  Defendants"), were timely served with Summons and Complaint.  Pursuant to Stipulation and
4  Order, the POSM Defendants were granted an extension of time to respond to the Complaint.
5  Barring further extensions of time, the POSM Defendants will respond to the Complaint on
6  October 18, 2006.
7  WHEREFORE, all defendants have not yet been served with Summons and Complaint and
8  have not appeared or received extensions of time to respond to the Complaint.
9  WHEREFORE, the Case Management Conference is scheduled for October 13, 2006, in
10 this Court.  All defendants who have retained counsel and appeared in this action will not be
11 required to respond to the Complaint until dates subsequent to the currently scheduled date for the
12 Case Management Conference.
13 WHEREFORE, all defendants who have retained counsel and appeared in this action are in
14 agreement that the case will not be ready for a Case Management Conference on October 13,
15 2006, and wish to continue the Case Management Conference to a later date.
16 WHEREFORE, COBRA and the POSM Defendants have agreed to extend the Case
17 Management Conference, as follows:

| Action | Current Deadline | Stipulated Extension |
|---|---|---|
| Case Management Conference | October 13, 2006 | [Proposed: November 17, 2006] |

21 WHEREFORE, there have been no previous time modifications in this case, except with
22 respect to defendants' responses to the Complaint.
23 WHEREFORE, the parties respectfully request the Court to adopt the above-stated
24 schedule.
25 / / /
26 / / /
27 / / /
28

1    IT IS HEREBY STIPULATED that the parties adhere to the extended schedule listed
above.

Dated:  September 29, 2006                Law Offices of Henry Harmeling IV, APC


                                          By:   \s\ Henry Harmeling IV
                                                Henry Harmeling IV

                                          Attorney for Plaintiffs

   Pursuant to General Order 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Henry Harmeling IV.

Dated:  September 29, 2006                FISH & RICHARDSON P.C.


                                          By:   \s\ John M. Farrell
                                                John M. Farrell

                                          Attorneys for Defendant
                                          COBRA TECHNOLOGIES CORPORATION


Dated:  September 29, 2006                LEWIS BRISBOIS BISGAARD & SMITH LLP


                                          By:   \s\ Deborah F. Sirias
                                                Deborah F. Sirias

                                          Attorneys for Defendants
                                          PIPELINE OBSERVATION SYSTEM
                                          MANAGEMENT (POSM), ROBERT M.
                                          KATTER and R.S. TECHNICAL SERVICES,
                                          INC.

Pursuant to General Order 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Deborah F. Sirias.

Dated: September 29, 2006                FISH & RICHARDSON P.C.


By: \s\ John M. Farrell
    John M. Farrell

Attorneys for Defendant
COBRA TECHNOLOGIES CORPORATION


Dated: September 29, 2006                FISH & RICHARDSON P.C.


By: \s\ John M. Farrell
    John M. Farrell

Attorneys for Defendant
COBRA TECHNOLOGIES CORPORATION

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 03, 2006

Hon. Charles R. Breyer
Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

50373633.doc