| | |
|---|---|
| 1 | John M. Farrell (SBN 99649) |
| | jfarrell@fr.com |
| 2 | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| 3 | Redwood City, CA 94063 |
| | Telephone:  (650) 839-5070 |
| 4 | Facsimile:  (650) 839-5071 |
| 5 | Attorneys for Defendant |
| | COBRA TECHNOLOGIES CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SUBCAM, INC., a Florida corporation; JAMES W. RAULSTON, an individual,; and ROBERT C. SOLTYSIK, an individual,<br><br>                              Plaintiffs,<br><br>v.<br><br>COBRA TECHNOLOGIES CORP., a Georgia corporation; COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation; PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), an unknown entity; ROBERT M. KATTER, an individual; and R.S. TECHNICAL SERVICES, INC. a California corporation,<br><br>                              Defendants. | C06-04257 CRB<br><br>**JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO DECEMBER 1, 2006; ~~[PROPOSED]~~ ORDER** |

WHEREFORE, Plaintiffs SUBCAM, INC., JAMES W. RAULSTON and ROBERT C. SOLTYSIK ("Plaintiffs") filed their Complaint on July 11, 2006.  Defendant COBRA TECHNOLOGIES CORPORATION ("COBRA") was served with the Summons and Complaint in this matter on or about September 1, 2006.  Defendant COBRA responded to the Complaint on October 20, 2006, filing a Motion to Dismiss or Strike.

1  WHEREFORE, Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT
2  (POSM), ROBERT M. KATTER and R.S. TECHNICAL SERVICES, INC. (the "POSM
3  Defendants"), were timely served with the Summons and Complaint.  The POSM Defendants
4  responded to the Complaint on October 18, 2006, filing a Motion to Dismiss or Strike.
5  WHEREFORE, all defendants in this case except for COBRA TECHNOLOGIES
6  INTERNATIONAL, INC. have been served with the Summons and Complaint and have appeared.
7  WHEREFORE, by stipulation, the hearing on the Motions to Dismiss or Strike is
8  scheduled for December 1, 2006.
9  WHEREFORE, the parties jointly request to extend the Case Management Conference to
10 the same day as the hearing on the Motions to Dismiss or Strike as follows:

| Action | Current Deadline | Stipulated Extension |
|---|---|---|
| Case Management Conference | November 17, 2006 | [Proposed: December 1, 2006] |

WHEREFORE, this is the second modification in this case with respect to scheduling the Case Management Conference.

WHEREFORE, the parties respectfully request the Court to adopt the above-stated schedule.

Dated:  November 3, 2006                      FISH & RICHARDSON P.C.

                                              By:  /s/  John M. Farrell
                                                   John M. Farrell

                                              Attorneys for Defendant
                                              COBRA TECHNOLOGIES CORPORATION

Of Counsel:

Daniel A. Kent
Georgia Bar No. 415110
Noah C. Graubart
Georgia Bar No. 141862
FISH & RICHARDSON P.C.
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309
Telephone:  (404) 892-5005
Facsimile:   (404) 892-5002

| | | |
|---|---|---|
| 1 | Dated: November 3, 2006 | LAW OFFICES OF HENRY HARMELING IV, APC |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Henry Harmeling IV |
| | | Henry Harmeling IV |

Attorney for Plaintiffs
SUBCAM, INC., a Florida corporation, JAMES W. RAULSTON, an individual, and ROBERT C. SOLTYSIK, an individual

Dated: November 3, 2006           LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Deborah F. Sirias
Deborah F. Sirias

Attorneys for Defendants
PIPELINE OBSERVATION SYSTEM MANAGEMENT, ROBERT M. KATTER and R.S. TECHNICAL SERVICES, INC.

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, John M. Farrell, hereby attest that concurrence in the filing of this document has been obtained from each of the signatories.

Dated: November 3, 2006           By:  /s/ John M. Farrell
John M. Farrell

**ORDER**

**IT IS SO ORDERED.**

Dated: _November 6,_ , 2006

IT IS SO ORDERED
Judge Charles R. Breyer

50381894.doc

3   JOINT STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO DECEMBER 1, 2006; [PROPOSED] ORDER
C06-04257 CRB