1  Henry Harmeling IV, State Bar No. 207673
   LAW OFFICES OF HENRY HARMELING IV, APC
2  12707 High Bluff Dr., Suite 200
   San Diego, California 92130
3  EMAIL: hh@hh4law.com
   TEL: (858) 350-4357
4  FAX: (858) 408-2405

5  Attorneys for Plaintiffs SUBCAM, INC., JAMES W. RAULSTON, and ROBERT C. SOLTYSIK

6

7

8          UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9                                  (SAN FRANCISCO DIVISION)

10 SUBCAM, INC., a Florida corporation; JAMES W.)   Case Number: C06-04257 CRB
   RAULSTON, an individual,; and ROBERT C.)
11 SOLTYSIK, an individual,                    )
                                               )
12      Plaintiffs,                            )   PLAINTIFFS' VOLUNTARY
                                               )   DISMISSAL OF COBRA
13 v.                                          )   TECHNOLOGIES CORP. AND COBRA
                                               )   TECHNOLOGIES INTERNATIONAL,
14 COBRA TECHNOLOGIES CORP., a Georgia)            INC. [FRCP Rule 41(a)(1)(i)]
   corporation; COBRA TECHNOLOGIES)
15 INTERNATIONAL, INC., a Delaware corporation;)
   PIPELINE OBSERVATION SYSTEM)
16 MANAGEMENT (POSM)., an unknown entity;)
   ROBERT M. KATTER, an individual; and R.S.)    Courtroom:  8
17 TECHNICAL SERVICES, INC., a California)       Judge:      Hon. Charles R. Breyer
   corporation; and DOES 1-25,
18
        Defendants.
19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21      PLEASE TAKE NOTICE THAT Plaintiffs SUBCAM, INC., JAMES W. RAULSTON, and

22 ROBERT C. SOLTYSIK hereby voluntarily dismiss the following entities without prejudice pursuant

23 to Federal Rule of Civil Procedure Rule 41(a)(1)(i):

24      •     COBRA TECHNOLOGIES CORP., a Georgia corporation; and

25      •     COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation.

26 ///

27 ///

28 ///

1

PLAINTIFFS' VOLUNTARY DISMISSAL OF COBRA TECHNOLOGIES CORP. AND
COBRA TECHNOLOGIES INTERNATIONAL, INC. [FRCP Rule 41(a)(1)(i)]

/ / /

Dated: November 8, 2006          Law Offices of Henry Harmeling IV, APC

_____
Henry Harmeling IV
Attorneys for Plaintiffs SUBCAM, INC., JAMES W. RAULSTON, and ROBERT SOLTYSIK

November 16, 2006



IT IS SO ORDERED
Judge Charles R. Breyer

PLAINTIFFS' VOLUNTARY DISMISSAL OF COBRA TECHNOLOGIES CORP. AND
COBRA TECHNOLOGIES INTERNATIONAL, INC. [FRCP Rule 41(a)(1)(i)]