**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    SUBCAM, INC., et al.,                        No. C 06-04257 CRB

12              Plaintiffs,                          **ORDER**

13      v.

14    COBRA TECHNOLOGIES CORP., et al,

15              Defendants.
                                        /
16

17          Now pending before the Court are defendants' motions to dismiss.  Plaintiffs have

18    voluntarily dismissed defendant Cobra Technology Corporations from this lawsuit,

19    accordingly, Cobra's motion is moot.  The motion of defendants Pipeline Observation

20    System Management, Robert M. Katter, and R.S. Technical Services, Inc. to dismiss and

21    strike is GRANTED in light of plaintiffs' statement of non-opposition.

22          The parties shall still appear at 10:00 a.m. on Friday, December 1, 2006 for an initial

23    case management conference.

24          **IT IS SO ORDERED.**

25

26    Dated: November 17 2006          CHARLES  R. BREYER
                                       UNITED STATES DISTRICT JUDGE
27

28

G:\CRBALL\2006\4257\orderredismiss1.wpd

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28