Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
12707 High Bluff Dr., Suite 200
San Diego, California 92130
TEL: (858) 350-4357
FAX: (858) 408-2405
Attorneys for Plaintiffs SUBCAM, INC., JAMES W. RAULSTON, and ROBERT SOLTYSIK

Deborah F. Sirias, State Bar No. 102893
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa St., Suite 1200
Los Angeles, CA 90012
Tel: (213) 250-1800
Fax: (213) 250-7900
Attorneys for Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), ROBERT M. KATTER, R.S. TECHNICAL SERVICES, INC.

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SUBCAM, INC., a Florida corporation; JAMES W. RAULSTON, an individual,; and ROBERT C. SOLTYSIK, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COBRA TECHNOLOGIES CORP., a Georgia corporation; COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation; PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM)., an unknown entity; ROBERT M. KATTER, an individual; and R.S. TECHNICAL SERVICES, INC., a California corporation; and DOES 1-25,<br><br>Defendants. | Case Number: C06-04257 CRB<br><br>STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE OF COUNSEL AT CASE MANAGEMENT CONFERENCE<br><br>Date:        December 1, 2006<br>Time:       10:00 a.m.<br>Courtroom: 8<br>Judge:       Hon. Charles R. Breyer |

IT IS HEREBY STIPULATED THAT Henry Harmeling IV, counsel for Plaintiffs SUBCAM, INC., JAMES W. RAULSTON, and ROBERT SOLTYSIK, and Deborah F. Sirias, counsel for Defendants PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM), ROBERT M. KATTER,

1  R.S. TECHNICAL SERVICES, INC., may appear telephonically at the December 1, 2006 Case
2  Management Conference in the above-entitled matter.
3     IT IS FURTHER STIPULATED THAT counsel will be on standby and will be available at the
4  following telephone numbers at 10 a.m. on December 1, 2006, such that the Court may contact counsel
5  and proceed with said Case Management Conference:
6     • Henry Harmeling IV:      (858) 350-4357
7     • Deborah F. Sirias:         (213) 580-7950
8  Counsel understands and agrees that failure to be available at the telephone numbers listed above at the
9  prescribed date and time may result in the hearing proceeding in counsel's absence.
10 ///

11 Dated: November 17, 2006           Law Offices of Henry Harmeling IV, APC

13                                             /s/
                                        ———————————————
                                        Henry Harmeling IV
14                                      Attorneys for Plaintiffs SUBCAM, INC., JAMES W.
                                        RAULSTON, and ROBERT SOLTYSIK
15 ///
16 Dated: November 17, 2006           LEWIS BRISBOIS BISGAARD & SMITH LLP

18                                             /s/
                                        ———————————————
                                        Deborah F. Sirias
19                                      Attorneys for Defendants PIPELINE OBSERVATION
                                        SYSTEM MANAGEMENT (POSM), ROBERT M.
20                                      KATTER, R.S. TECHNICAL SERVICES, INC.

LAW OFFICES OF HENRY HARMELING IV, APC
12707 High Bluff Dr., Suite 200
San Diego, California 92130
Telephone: (858) 350-4357
Facsimile: (858) 408-2405

**ORDER RE: TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

The Court hereby grants / denies the parties' Stipulation to Appear Telephonically at the December 1, 2006 Case Management Conference in the above-entitled matter.

It is so ordered.

Dated: November 20, 2006

_____
Hon. Charles R. Breyer



STIPULATION AND [PROPOSED] ORDER RE: TELEPHONIC APPEARANCE OF COUNSEL AT CASE MANAGEMENT CONFERENCE