Henry Harmeling IV, State Bar No. 207673
LAW OFFICES OF HENRY HARMELING IV, APC
12707 High Bluff Dr., Suite 200
San Diego, California  92130
TEL: (858) 350-4357
FAX: (858) 408-2405
Attorneys for Plaintiffs SUBCAM, INC., JAMES W.
RAULSTON, and ROBERT SOLTYSIK

Deborah F. Sirias, State Bar No. 102893
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa St., Suite 1200
Los Angeles, CA 90012
Tel: (213) 250-1800
Fax: (213) 250-7900
Attorneys for Defendants PIPELINE OBSERVATION
SYSTEM MANAGEMENT (POSM), ROBERT M.
KATTER, R.S. TECHNICAL SERVICES, INC.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SUBCAM, INC., a Florida corporation; JAMES W. RAULSTON, an individual,; and ROBERT SOLTYSIK, an individual, | Case Number: C06-04257 CRB |
| Plaintiffs, | **STIPULATION AND ~~[PROPOSED]~~ ORDER RE: TRANSFER OF ENTIRE MATTER TO CENTRAL DISTRICT OF CALIFORNIA [28 U.S.C. 1404(a)]]** |
| v. | |
| COBRA TECHNOLOGIES CORP., a Georgia corporation; COBRA TECHNOLOGIES INTERNATIONAL, INC., a Delaware corporation; PIPELINE OBSERVATION SYSTEM MANAGEMENT (POSM)., an unknown entity; ROBERT M. KATTER, an individual; and R.S. TECHNICAL SERVICES, INC., a California corporation; and DOES 1-25, | Date:          December 1, 2006<br>Time:         10:00 a.m.<br>Courtroom:  8<br>Judge:        Hon. Charles R. Breyer |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF HENRY HARMELING IV, APC
12707 High Bluff Dr., Suite 200
San Diego, California 92130
Telephone: (858) 350-4357
Facsimile: (858) 408-2405

1

1    For the convenience of the parties and witnesses in the above-entitled matter, it is hereby

2    stipulated pursuant to 28 U.S.C. 1404(a) that the above-entitled matter be transferred to the United States

3    District Court for the Central District of California.

4    / / /

5    Dated: December 5, 2006                    Law Offices of Henry Harmeling IV, APC

6

7                                               _____/s/_____

8                                               Henry Harmeling IV
                                                Attorneys for Plaintiffs SUBCAM, INC., JAMES W.
9    / / /                                      RAULSTON, and ROBERT SOLTYSIK

10   Dated: December 5, 2006                    LEWIS BRISBOIS BISGAARD & SMITH LLP

11

12                                              _____/s/_____

13                                              Deborah F. Sirias
                                                Attorneys for Defendants PIPELINE OBSERVATION
14                                              SYSTEM MANAGEMENT (POSM), ROBERT M.
                                                KATTER, R.S. TECHNICAL SERVICES, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: TRANSFER OF ENTIRE MATTER TO
CENTRAL DISTRICT OF CALIFORNIA [28 U.S.C. 1404(a)]

LAW OFFICES OF HENRY HARMELING IV, APC
12707 High Bluff Dr., Suite 200
San Diego, California 92130
Telephone: (858) 350-4357
Facsimile: (858) 408-2405

LAW OFFICES OF HENRY HARMELING IV, APC
12707 High Bluff Dr., Suite 200
San Diego, California 92130
Telephone: (858) 350-4357
Facsimile: (858) 408-2405

**ORDER RE: TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

The Court hereby grants the parties' Stipulation to Transfer the entire matter to the United States District Court for the Central District of California.

It is so ordered.

Dated: _December 6, 2006_

Hon. Charles R. Breyer



3